[No. 8956-1-I. Division One. July 13, 1981.]

*In the Matter of the Welfare of*
LYLE R. COOLEY.

MICHELLE LEE COOLEY, *Appellant*, v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. W-415, Peter K. Steere, J., entered May 16,
1980. *Dismissed* by unpublished opinion per James, C.J.,

concurred in by Callow and Ringold, JJ.